UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20138-CIV-KING

SYLVESTER K. HATHORN,

    Plaintiff,

v.

AFNI, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Defendant's Notice of Settlement (D.E. #6) filed March 13, 2008, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

    ORDERED, ADJUDGED and DECREED as follows:

    1.    The above-styled case is hereby DISMISSED with prejudice.

    2.    All unresolved pending motions in this case are hereby DENIED as moot.

    3.    The Clerk shall CLOSE this case.

    DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of March, 2008.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
*Counsel for Plaintiff:*
Joel Adrian Brown
The Fair Credit Law Group, LLC
3389 Sheridan Street
Suite 245
Hollywood, FL 33021
954-334-7670
Fax: 954-334-7668
Email: joelb@fclawgroup.com

Paul Aaron Herman
Fair Credit Law Group, LLC
20423 State Road 7
Suite F6-477
Boca Raton, FL 33498
561-236-8851
Fax: 561-451-3461
Email: Paulh@fclawgroup.com

*Counsel for Defendant:*
Ernest Henry Kohlmyer, III.
Bell Roper & Kohlmyer PA
2707 E Jefferson Street
Orlando, FL 32803
407-897-5150
Fax: 407-897-3332
Email: skohlmyer@bellroperlaw.com